**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

JEAN HARRIS,                                                  CASE NO.:  4:18-CV-03536

       Plaintiff,

v.

ONEMAIN FINANCIAL, INC.,

       Defendant.

_____/

**JOINT MOTION TO ORDER ARBITRATION AND STAY COURT PROCEEDINGS**

Plaintiff, Jean Harris ("Plaintiff"), and Defendant, OneMain Financial, Inc. ("Defendant" or "OneMain") (collectively the "Parties"), by and through the undersigned counsel, hereby file this Joint Motion to Order Arbitration and Stay Court Proceedings pending the outcome of arbitration and for entry of the Agreed Order Granting Joint Motion to Order Arbitration and Stay Court Proceedings attached hereto as "Exhibit A."  In support the Parties state as follows: Plaintiff commenced this action by filing a complaint against Defendant on or about July 2, 2018.

1.     The Plaintiff commenced this action by filing a complaint against Defendant on December 20, 2018.

2.     The Parties have since agreed to arbitrate all of the claims against one another pursuant to the parties' written arbitration agreement.

3.     The Parties therefore respectfully request that this Court enter the Agreed Order submitted herewith to the Court via email, which orders this lawsuit proceed in arbitration and be stayed in this Court pending arbitration.

32828647 v1

2

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this

Court enter the Agreed Order submitted herewith.


Agreed to this 16th day of January, 2019.

*/s/ David A. Elliott*
David A. Elliott, Fed ID No. 11538
Email: delliott@burr.com; sfoshee@burr.com
Burr & Forman, LLP
420 N. 20th, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**ATTORNEYS FOR DEFENDANT, ONEMAIN FINANCIAL, INC.**

Agreed to this 16th day of January, 2019.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed ID No. 10323
Hays Cauley PC
1303 W Evans Street
Florence, SC 29501
843-665-1717
Email: phc917@hayscauley.com

**ATTORNEYS FOR PLAINTIFF, JEAN HARRIS**

2

32828647 v1

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing was filed by using the CM/ECF

System which will furnish an electronic notice this 16th day of January, 2019 to:

Penny Hays Cauley
**Hays Cauley PC**
1303 W Evans Street
Florence, SC 29501
843-665-1717
Email: phc917@hayscauley.com
*Attorney for Plaintiff*


                                        */s/ David A. Elliott*
                                        David A. Elliott, Fed ID No. 11538