UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **Jean Harris,** ) | **CASE NO.: 4:18-cv-03536-DCC** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **OneMain Financial, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Jean Harris, and Defendant, OneMain Financial, Inc., file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and the Defendant to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against the Defendant which were, or could have been, the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and attorney fees to be paid by the party incurring same.

| | |
|---|---|
| */s/ Penny Hays Cauley* | */s/ David A. Elliott* |
| Penny Hays Cauley, Fed ID # 10323 | David A. Elliott, Fed ID # 11538 |
| HAYS CAULEY, P.C. | BURR FORMAN MCNAIR |
| 1303 W. Evans Street | 420 N. 20th, Suite 3400 |
| Florence, SC 29501 | Birmingham, AL 35203 |
| (843) 665-1717 | (205) 251-3000 |